# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIELLE AND JOSEPH OCHMAN, JR., individually and on behalf of their son Daniel Ochman | CIVIL ACTION NO. 3:12-cv-88 |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| WYOMING SEMINARY. | |
| Defendant. | |

## ORDER

**NOW**, this 18th day of May, 2012, **IT IS HEREBY ORDERED** that Plaintiffs are given twenty-one (21) days from the date of this order to file a second amended complaint properly alleging diversity jurisdiction. If the Plaintiffs fail to do so, the action will be dismissed.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge